585 A.2d 399
STATE OF NEW JERSEY v. JOSEPH R. ERVIN.

October 16, 1990.

Petition for certification denied. (See 242 *N.J.Super.* 584, 577 *A.*2d 1273)

585 A.2d 399
STATE OF NEW JERSEY v. DARRELL ROBINSON.

October 16, 1990.

Petition for certification denied.

585 A.2d 399
STATE OF NEW JERSEY v. FRANK GONZALEZ.

October 16, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 92, 574 *A.*2d 487)

585 A.2d 399
STATE OF NEW JERSEY v. ANGEL HERNANDEZ.

October 16, 1990.

Petition for certification denied.